UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| PAUL TAYLOR AND JERRILYN TAYLOR | CIVIL ACTION NO.: 3:08-CV-494 |
| VERSUS | |
| | JUDGE FRANK J. POLOZOLA |
| SOUTHEAST MISSISSIPPI LIVESTOCK, MIZE STOCKYARD, L.L.C., RUTLAND LIVESTOCK, L.L.C., AND STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY | MAGISTRATE STEPHEN C. RIEDLINGER |

_____

## ORDER
_____

**CONSIDERING** the above and foregoing:

It is hereby **ORDERED** that PAUL TAYLOR's claims only are dismissed without prejudice and at his costs. JERRILYN TAYLOR's claims against all defendants and any other persons or entities that may be responsible for the subject accident are hereby specifically reserved.

Baton Rouge, Louisiana, October 16, 2008.

_____
**JUDGE FRANK J. POLOZOLA**