PAUL TAYLOR AND JERRILYN          CIVIL ACTION
TAYLOR

VERSUS                            NUMBER: 3:08-CV-494

SOUTHEAST MISSISSIPPI
LIVESTOCK, MIZE STOCKYARD,
L.L.C., RUTLAND LIVESTOCK,        JUDGE FRANK J. POLOZOLA
L.L.C., AND STATE FARM MUTUAL
AUTOMOBILE INSURANCE
COMPANY                           MAGISTRATE STEPHEN C. RIEDLINGER

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## JUDGMENT OF DISMISSAL

Considering the foregoing Joint Motion to Dismiss with Prejudice:

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that any and all of
Plaintiffs', Jerrilyn L. Taylor and Paul A. Taylor, claims asserted and that could have
been asserted in this matter against State Farm Mutual Automobile Insurance Company
in any and all of its capacities, specifically including, but not limited to its capacity as
Plaintiffs' medical payments and uninsured/underinsured motorist carrier, be and are
hereby dismissed, with prejudice, and with each party to pay their own court costs.
Plaintiffs' rights to proceed with the prosecution of their claims in this matter against all
other defendants named or to be named are specifically reserved.

Baton Rouge, Louisiana, this ___31___ day of ___March___, 2009.

_____
Frank A. Polozola, Judge
UNITED STATES DISTRICT COURT