UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

PAUL TAYLOR AND JERRILYN TAYLOR

VERSUS                                CIVIL ACTION

SOUTHEAST MISSISSIPPI                 NUMBER 08-494-FJP-SCR
LIVESTOCK, ET AL

### RULING

This matter is before the Court on its own motion to determine why the plaintiffs have failed to seek an entry of default against defendant Billy H. Chappell.  The extension which was granted to plaintiffs to seek an entry of default expired on May 12, 2009.  A review of the record reveals that plaintiffs have failed to file an entry of default against Chappell.  Therefore;

IT IS ORDERED that plaintiffs' suit against Billy H. Chappell is dismissed without prejudice because of plaintiffs' failure to comply with the prior orders of this Court.

Baton Rouge, Louisiana, June 4, 2009.

                                             _____
                                                    FRANK J. POLOZOLA
                                                 MIDDLE DISTRICT OF LOUISIANA

Doc#46129